**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

FILED
12 AUG 30 PM 12: 41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NATIONAL PHOTO GROUP, LLC**, a limited liability company,

Plaintiff,

vs.

**B5MEDIA INC., a Canadian corporation,** and **DOES 1-10**, inclusive,

Defendants.

Case No. CV12-07466 RGK (JEMx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1. Plaintiff National Photo Group, LLC ("NPG") provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications. NPG's portfolio of celebrity photographs is the bread and butter of its business.

2. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

3. Defendant b5media Inc. ("B5") owns and operates a website dedicated to current events, including celebrity news.

4. Without permission or authorization from NPG, B5 copied, modified, and displayed NPG's celebrity photographs on it's website.

5. B5 engaged in this misconduct knowingly and in violation of the United States copyright laws.

6. NPG has been substantially harmed as a result of B5's misconduct.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

8. This Court has personal jurisdiction over B5 because it maintains substantial and pervasive contacts within California, including within the entertainment industry, such that it can reasonabliy be expected to be haled into Court here.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

9. Venue is proper under 28 U.S.C. §1391(a)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

**PARTIES**

10. NPG is a California limited liability company and maintains its principal place of business in Los Angeles, California.

11. Upon information and belief, B5 is a Canadian corporation with offices in New York, New York.

12. NPG does not know the true names and capacities, whether individual, associate, corporate or otherwise, of Defendants sued herein as Does 1-10 inclusive, and NPG therefore sues said Defendants by such fictitious names.

13. NPG will amend this complaint to state the true names and capacities of the Doe Defendants once they have been discovered. NPG is informed and believes, and, on that basis, alleges that each Defendant sued herein by a fictitious name is in some way liable and responsible to NPG based on the facts herein alleged.

**FACTUAL ALLEGATIONS**

**NPG's Business**

14. NPG provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

15. NPG has invested significant time and money in building its celebrity photograph portfolio. Due to the quality of its celebrity photographs, NPG has developed an impressive list of clients including some of the most-recognized names in celebrity reporting ("NPG's Clients").

//

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

**NPG's Copyrights**

16. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs.

17. NPG's celebrity photographs are original, creative works in which NPG owns protectable copyright interests.

18. NPG owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPG's celebrity photographs.

19. On October 12, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-793-253, which included a series of photographs of actors Alex Pettyfer and Riley Keough (the "Pettyfer and Keough Photograph").

20. On February 21, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-806-514, which included a series of photographs of actors Drew Barrymore (the "Barrymore Photograph").

21. On May 21, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-824-678, which included a series of photographs of actors Bryce Dallas Howard (the "Howard Photograph").

22. The Pettyfer and Keough Photograph, Barrymore Photograph, and Howard Photograph are referred to collectively herein as the "Photographs."

23. NPG's copyrights in each of the Photographs are referred to collectively herein as the "Copyrights."

**B5's Website**

24. At the time of the Infringement, B5 was the registered owner of the websites located at <blisstree.com> and <crushable.com> (the

"Websites"). On information and belief, B5 operates the Websites and is responsible for all of the Websites' content.

25. On information and belief, the Websites have since been acquired by Alloy Digital, LLC.

26. The Websites provide articles and other information about lifestyle media network and publisher of women's sites covering fashion, beauty, wellness, career, relationships, parenting and entertainment.

27. The Websites are monetized in that they contain paid advertisements. On information and belief, B5 profits from these paid advertisements.

28. On information and belief, the Website located at <crushable.com> averages approximately 124,443 unique visitors per month.

29. On information and belief, the Website located at <blisstree.com> averages approximately 84,285 unique visitors per month.

**B5's Misconduct**

30. On or about May 15, 2012, B5 posted the Photographs on the website <blisstree.com> in a post entitled "TMZ Ignites Cruel Shaming Of Bryce Dallas Howard's Post-Baby Body."

31. On or about February 22, 2012, B5 posted the Photographs on the website <crushable.com> in a post entitled "Drew Barrymore Spotted Holding A Sonogram Seems Pretty Clear Proof That She's Pregnant."

32. On or about October 11, 2011, B5 posted the Photographs on the website <crushable.com> in a post entitled "Alex Pettyfer Is Dating His Magic Mike Love Interest Riley Keough."

33. On information and belief, B5 copied the Photographs from the websites of NPG's Clients and reposted them on the Websites without

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

license or permission, thereby infringing on the Copyrights (the "Infringement").

34. On information and belief, B5 engaged in the Infringement knowingly and in violation of United States copyright laws.

35. On information and belief, B5 has received a financial benefit directly attributable to the Infringement. Specifically, by way of the Infringement, B5 increased traffic to the Website and, in turn, its advertising revenues.

36. As a result of B5's misconduct, NPG has been substantially harmed.

**CLAIM FOR RELIEF**

**(Copyright Infringement, 17 U.S.C. § 501 et seq.)**

37. NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs.

38. The Photographs are original, creative works in which NPG owns protectable copyright interests.

39. NPG owns the copyrights for the Photographs, USCO Registration Nos. VA 1-793-253, VA 1-806-514 and VA 1-824-678.

40. NPG has not licensed B5 or any of its websites to use the Photographs in any manner, nor has NPG assigned any of its exclusive rights in the Copyrights to B5.

41. Without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, B5 reproduced the Photographs.

42. On information and belief, without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, B5 displayed the Photographs on the Websites.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

43. B5's reproduction of the Photographs, and display of the Photographs on the Websites constitute copyright infringement.

44. On information and belief, thousands of people have viewed the unlawful copies of the Photographs on the Websites.

45. On information and belief, B5 had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPG's copyrighted material.

46. B5's copyright infringement has damaged NPG in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, NPG respectfully requests judgment as follows:

1. That the Court enter a judgment finding that B5 has infringed on NPG's Copyrights in the Photographs in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against B5 pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or, in the alternative, NPG's actual damages and B5's wrongful profits in an amount to be proven at trial;

   b. NPG's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. NPG's costs; and

3. Such other relief that the Court determines is just and proper.

Respectfully Submitted,

DATED: August 28, 2012

**KRONENBERGER ROSENFELD, LLP**

By: ______________________
Virginia A. Sanderson

Attorneys for Plaintiff

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: August 28, 2012

**KRONENBERGER ROSENFELD, LLP**

By: ______________________
Virginia A. Sanderson

Attorneys for Plaintiff

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV12- 7466 RGK (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

NATIONAL PHOTO GROUP, LLC, a California limited liability company,

*Plaintiff*

v.

B5MEDIA INC., a Canadian corporation, and DOES 1-10, inclusive,

*Defendant*

Civil Action No. CV12-07466 RGK (JEMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* b5media Inc.
1133 Broadway, Suite 901
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Virginia A. Sanderson
KRONENBERGER ROSENFELD, LLP
150 Post Street Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 30 2012

JULIE PRADO

*Signature of Clerk or Deputy Clerk*

1154

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NATIONAL PHOTO GROUP, LLC, a California limited liability company

**DEFENDANTS**
B5MEDIA INC., a Canadian corporation, and DOES 1-10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Virginia Sanderson, KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108, (415) 955-1155

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**__________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. § 501 et seq

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☑ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV12-07466

**FOR OFFICE USE ONLY:** Case Number: __________

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ______ **Date** ______

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |